IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| CRAIG NELSON BALDWIN WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 1:15-CV-0083-P-BL |
| | ) | |
| COLORADO CITY, TX, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

On July 15, 2015, the assigned Magistrate Judge issued a Report and Recommendation (doc. 13) in which he recommends that the Court deny a Motion for Remand (doc. 8) and other requests made in that motion, including a request for appointment of counsel. Plaintiff has filed no objection to the recommendation. After reviewing the relevant filings, including the Report and Recommendation, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the Court. Accordingly, the Court **ACCEPTS** the Report and Recommendation (doc. 13) and **DENIES** the Motion for Remand (doc. 8) and other requests made in that motion. Pursuant to Electronic Standing Order of Reference (D.E. 12), this action, including all pending motions, remain referred to the Magistrate Judge for case management .

**SIGNED this 17th day of August, 2015.**

_____
**JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE**