IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| CRAIG NELSON BALDWIN WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:15-CV-0083-P-BL |
| ) | |
| COLORADO CITY, TX, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On September 17, 2015, the assigned Magistrate Judge issued a Report and Recommendation (doc. 19) in which he recommends that the Court grant a Motion to Dismiss (doc. 9) and deny all other pending motions. Plaintiff filed an objection to the recommendation. Doc. 20. The District Court reviewed *de novo* those portions of the report and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Report and Recommendation of the United States Magistrate Judge (doc. 19), **GRANTS** the Motion for Dismiss (doc. 9) and **DENIES** Plaintiff's Motions for Emergency Hearing (docs. 15 and 21).

**IT IS SO ORDERED.**

Signed this 26th day of January, 2016.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE